**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: BECKY R. THORSON
U.S. MAGISTRATE JUDGE

United States of America,

        Plaintiff,

v.

Tan Fong Vang,

        Defendant.

| | |
|---|---|
| Case No: | 19-mj-425 BRT |
| Date: | July 3, 2019 |
| Courthouse: | St. Paul |
| Courtroom: | 6A |
| Time Commenced: | 2:28 p.m. |
| Time Concluded: | 2:32 p.m. |
| Time in Court: | 4 minutes |

APPEARANCES:

    Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
    Defendant: Lisa Lopez, Assistant Federal Public Defender
        X FPD      X To be appointed

    X Advised of Rights

on  X Superseding Indictment
X Date charges or violation filed: February 21, 2019
X Current Offense: Conspiracy to Possess with intent to distribute a controlled substance
X **Charges from other District: Southern District of Iowa**
X Title and Code of underlying offense from other District: 21 USC 841(a)(1), 841 (b)(1)(B) & 846
X Case no: 4:19-cr-18 (2) RGE/HCA

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is July 9, 2019 at 9:30 a.m. before U.S. Magistrate Judge Steven E. Rau in CR3C, St. Paul location for:
X Detention hrg

X Removal hearing waived

Additional Information:

                                            s/ Sarah Erickson
                                           Signature of Courtroom Deputy